**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**JOHN DOE,**

        **Plaintiff,**

                           **Case No. 2:18-cv-482**
      **v.**                         **CHIEF JUDGE EDMUND A. SARGUS, JR.**
                                  **Magistrate Judge Chelsey M. Vascura**


**KENYON COLLEGE,**
*et al.*,


        **Defendants.**

## OPINION AND ORDER

This matter came before the Court on May 16, 2018 for a telephone conference on

Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.  (ECF No. 4);

*See* S.D. Ohio Civ. R. 65.1.  The parties were both represented at that conference.  Defendants

have agreed to expedite the at-issue decision process and are **DIRECTED** to contact Chief Judge

Sargus' clerk with the expected decision date.



      **IT IS SO ORDERED.**



 **May 16, 2018**                            ***/s/Edmund A. Sargus, Jr.***
**DATED**                                  **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT CHIEF JUDGE**