IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) Case No. 2:18-cv-00482 |
| Plaintiff, | ) CHIEF JUDGE EDMUND A. SARGUS, JR. |
| | ) Magistrate Judge Chelsey M. Vascura |
| v. | ) |
| | ) **<u>NOTICE OF VOLUNTARY DISMISSAL</u>** |
| KENYON COLLEGE, *et al.*, | ) |
| Defendants. | ) |

Pursuant to Fed. Civ. R. 41(a)(1)(A)(i), Plaintiff John Doe hereby gives notices to this Court that he voluntarily dismisses his claims against Defendants Kenyon College and Jane Doe without prejudice.

Respectfully submitted,

*/s/ Susan C. Stone*
Susan C. Stone (0064445)
Kristina W. Supler (0080609)
MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO., LPA
101 W. Prospect Ave., Suite 1800
Cleveland, OH 44115
P: (216) 696-1422
F: (216) 696-1210
E: scs@mccarthylebit.com
   kws@mccarthylebit.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on May 30, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Susan C. Stone
Susan C. Stone